IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00991-BNB

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

ROZCO LLC, a Colorado limited liability company d/b/a GENESIS ELECTRONICS RECYCLING and/or GENESIS ELECTRONICS RECYCLING, INC.; and VLADIMIR ROZENDORF, an individual,

    Defendants.

---

## [~~PROPOSED~~] ORDER RE: ENTRY OF STIPULATED PERMANENT INJUNCTION

    The Court having considered the Joint Motion for Entry of Stipulated Permanent Injunction Against Defendants submitted by Plaintiff Microsoft Corporation ("Microsoft"), a Washington corporation, and Defendants Rozco LLC, a Colorado limited liability company doing business as Genesis Electronics Recycling and/or Genesis Electronics Recycling, Inc., and Vladimir Rozendorf, an individual (collectively, "Defendants"), the file in this matter, and being fully advised in the premises, does hereby ORDER

    that Defendants along with their officers, agents, servants, employees, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    (a)    unauthorized imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license agreements ("EULA") or items

protected by Microsoft's registered trademarks and service mark, including, but not limited to, the following Trademark Registration Nos.:

   (1) 1,200,236 ("MICROSOFT");

   (2) 1,256,083 ("MICROSOFT");

   (3) 1,872,264 ("WINDOWS"); and

   (4) 2,744,843 (COLORED FLAG DESIGN);

or the software programs, components, EULA, items or things protected by the following Certificate of Copyright Registration No.:

   (1) TX 5-407-055 ("Windows XP");

and any other works now or hereafter protected by any of Microsoft's trademarks or copyrights;

  (b) manufacturing, assembling, producing, distributing, offering for distribution, circulating, selling, offering for sale, advertising, importing, promoting, or displaying any software program, component, EULA, item or thing bearing any unauthorized simulation, reproduction, counterfeit, copy, or colorable imitation of any of Microsoft's registered trademarks or service mark, including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above;

  (c) using any simulation, reproduction, counterfeit, copy, or colorable imitation of Microsoft's registered trademarks or service mark including, but not limited to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a) above, in connection with the manufacture, distribution, offering for distribution, sale, offering for sale, advertisement,

41826-5600.0111/LEGAL122901535.1

promotion, or display of any software, component, EULA, item or thing not authorized or licensed by Microsoft;

(d) using any false designation of origin or false description which can or is likely to lead the trade or public or individuals erroneously to believe that any software, component, EULA, item, or thing has been manufactured, produced, distributed, offered for distribution, advertised, promoted, displayed, licensed, sponsored, approved, or authorized by or for Microsoft, when such is in fact not true;

(e) engaging in any other activity constituting an infringement of any of Microsoft's trademarks, service mark and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks, service mark, and/or copyrights; and

(f) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in paragraphs (a) through (e) above.

**IT IS SO ORDERED.**

DATED: Sept. 29, 2014

_____
BOYD N. BOLAND
**UNITED STATES MAGISTRATE JUDGE**

PRESENTED BY:

Michael A. Sink
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO 80202-5255
Telephone: (303) 291-2300
Facsimile: (303) 291-2400
Email: msink@perkinscoie.com

Kathryn G. Spelman
Mount, Spelman & Fingerman, P.C.
Riverpark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Telephone: (408) 279-7000
Facsimile: (408) 998-1473
Email: kspelman@mount.com

41826-5600.0111/LEGAL122901535.1