IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00991-BNB

MICROSOFT CORPORATION, a Washington corporation,

    Plaintiff,

v.

ROZCO LLC, a Colorado limited liability company d/b/a GENESIS ELECTRONICS RECYCLING and/or GENESIS ELECTRONICS RECYCLING, INC.; and VLADIMIR ROZENDORF, an individual,

    Defendants.

---

## [~~PROPOSED~~] ORDER RE: JOINT MOTION FOR ADMINISTRATIVE CLOSURE

---

THE COURT having granted the Joint Motion for Entry of Stipulated Permanent Injunction and reviewed the Joint Motion for Administrative Closure submitted by the parties, the file in this matter, and being fully advised in the premises, does hereby ORDER that this action be administratively closed pursuant to D.C.Colo.L.CivR 41.2, subject to reopening for good cause, and that good cause shall include failure to satisfy the payment obligations pursuant to the parties' settlement agreement. The Clerk of the Court shall administratively close this case in accordance with this order.

DATED: Sept 29, 2014

                                              /s/ Boyd N. Boland
                                              BOYD N. BOLAND
                                              UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

Michael A. Sink
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-5255
Telephone:  (303) 291-2300
Facsimile:   (303) 291-2400
Email:  msink@perkinscoie.com

Kathryn G. Spelman
Mount, Spelman & Fingerman, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose CA 95110-2740
Telephone: (408) 279-7000
Facsimile:  (408) 998-1473
Email:  kspelman@mount.com

41826-5600.0111/LEGAL122901759.1